UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COLLEEN HUDSON-REEVES,

      Plaintiff,

v.                                      Case No:   2:23-cv-1058-JLB-KCD

NEW YORK PIZZA & PASTA, INC.,

      Defendant.
_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. 11), recommending that the Court grant Plaintiff's Motion for Final Default Judgment (Doc. 10). No party has objected and the time to do so has expired.

A district judge may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the record, and noting that no objection has been filed, the Court **ADOPTS** the thorough and well-reasoned Report and Recommendation.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 11) is **ADOPTED** and made part of this Order for all purposes.

2. Plaintiff's Motion for Final Default Judgment (Doc. 10) is **GRANTED**.

3. The Clerk of Court is **DIRECTED** to enter a default judgment against Defendant for $5,059.98.

4. Within thirty days of this Order, Defendant shall reinstate Plaintiff to the same or an equivalent work schedule as she had before she requested FMLA leave.

5. Plaintiff may move for attorney's fees and costs in accordance with the procedures set forth in Middle District of Florida Local Rule 7.01.

**ORDERED** at Fort Myers, Florida on June 11, 2024.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE