UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COLLEEN HUDSON-REEVES,

    Plaintiff,

v.                                      Case No:  2:23-cv-01058-JLB-KCD

NEW YORK PIZZA & PASTA, INC., A
Florida Corporation,

    Defendant.
_____/

## ORDER

    The Magistrate Judge has entered a Report and Recommendation, recommending that Plaintiff Colleen Hudson-Reeves' Motion for Final Judgment on Garnishee, First Foundation Bank, (Doc. 35) be **GRANTED**. (Doc. 36). No party has objected, and the time to do so has expired.

    A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

    Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be **ADOPTED**.

Accordingly, it is **ORDERED** that:

(1) The Report and Recommendation (Doc. 36) is **ADOPTED** and made a part of this Order for all purposes.

(2) Plaintiff Colleen Hudson-Reeves' Motion for Final Judgment on Garnishee (Doc. 35) is **GRANTED**.

(3) The Clerk of Court is **DIRECTED** to enter final judgment against Garnishee First Foundation Bank in the amount of $11,179.98.

(4) Garnishee First Foundation Bank is **DIRECTED** to pay Plaintiff $10,989.98, the amount withheld under the Writ of Garnishment against First Foundation Bank (Doc. 26).

(5) Garnishee First Foundation Bank is **DIRECTED** to pay Plaintiff an additional $190 in costs.

(6) Garnishee must work with Plaintiff's counsel to determine the method of payment.

**ORDERED** in Fort Myers, Florida, on June 25, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE